# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT DAVID JOHNSON, | ) | |
| | ) | |
| APPELLANT | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-348-DBH |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| MOVANT | ) | |

## ORDER ON APPELLANT'S MOTION TO VACATE MAGISTRATE JUDGE'S ORDER

There being no objection to the motion to vacate, the Magistrate Judge's Memorandum Decision on Motions to Compel and to Quash Subpoena is **VACATED AS MOOT**. The movant, Duke University, has withdrawn the subpoenas at issue. Therefore, this action is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 16TH DAY OF APRIL, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**